JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
ROBERT S. MCLAY (SBN 176661)
RSM@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
**DKM L**AW **G**ROUP**, LLP**
535 Pacific Avenue, Suite 101
San Francisco, CA 94133
Telephone:   (415) 421-1100
Facsimile:    (833) 790-5202

Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMES KINCHELOE,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.   3:22-cv-06196-AMO<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE** |

Plaintiff James Kincheloe ("Kincheloe") and Defendant USAA Casualty Insurance Company ("USAA CIC") hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS, the Court's Scheduling Order dated December 15, 2023 (Dkt. 30) set the following pertinent case management deadlines:

| | |
|---|---|
| Fact Discovery Cutoff | May 16, 2024 |
| Initial Expert Disclosure and Reports | June 6, 2024 |

| | |
|---|---|
| Rebuttal Expert Disclosure and Reports | June 27, 2024 |
| Expert Discovery Cutoff | July 12, 2024 |
| Deadline for Dispositive/*Daubert* Motions | July 18, 2024 |
| Deadline for Opposition to Dispositive/*Daubert* Motions | August 1, 2024 |
| Deadline for Reply in support of Dispositive/*Daubert* Motions | August 8, 2024 |
| Deadline for Reply in support of Dispositive Cross-Motion, if necessary | August 15, 2024 |
| Hearing on Dispositive Motions | August 29, 2024 |
| Joint Pre-Trial Conference Statement Due | December 5, 2024 |
| Pre-Trial Conference | December 12, 2024 |
| Trial | January 7, 2025 |

WHEREAS, the parties completed Mediation on March 6, 2024 and are in the process of engaging in further settlement negotiations;

WHEREAS, the parties agree there is a greater likelihood settlement will be reached in this matter with additional time for discovery, and with the avoidance of expending fees on retaining expert witnesses;

WHEREAS, the parties agree if settlement is not reached in this matter, additional time of roughly 60 days to conduct discovery would best enable the parties to prepare dispositive motions, if any, and otherwise continue negotiations towards resolution and/or preparation for motion practice and Trial;

WHEREAS, the parties believe that a brief continuance of the case management deadlines is warranted to allow for further settlement negotiations and potential resolution of the matter;

WHEREAS, the parties have not previously sought any time modifications in this case, outside the Court's request for a joint status report including a proposed case schedule submitted on December 14, 2023 [ECF No. 29];

WHEREAS, the parties agree they will not be prejudiced by the continuance of the discovery deadlines in this case;

WHEREAS, based upon the foregoing the parties believe good cause exists for the modification of the Court's Scheduling Order;

THEREFORE. IT IS HEREBY STIPULATED THAT the parties, by and through their counsel, jointly and respectfully request that the Court modify the case management deadlines in this case as follows:

| | |
|---|---|
| Fact Discovery Cutoff | July 15, 2024 |
| Initial Expert Disclosure and Reports | August 5, 2024 |
| Rebuttal Expert Disclosure and Reports | August 26, 2024 |
| Expert Discovery Cutoff | September 10, 2024 |
| Deadline for Dispositive/*Daubert* Motions | September 16, 2024 |
| Deadline for Opposition to Dispositive/*Daubert* Motions | September 30, 2024 |
| Deadline for Reply in support of Dispositive/*Daubert* Motions | October 7, 2024 |
| Deadline for Reply in support of Dispositive Cross-Motion, if necessary | October 14, 2024 |
| Hearing on Dispositive Motions | October 28, 2024 |
| Joint Pre-Trial Conference Statement Due | March 3, 2025[1] |
| Pre-Trial Conference | March 10, 2025 |
| Trial | April 28, 2025 |

SO STIPULATED.

//

//

---

[1] Pre-Trial and Trial dates are based on the combined availability of Plaintiff and Defendant's trial counsel's calendars.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 14, 2024 | **DKM LAW GROUP, LLP** |
| 3 | | |
| 4 | | By: /s/Joshua N. Kastan |
| | | JOSHUA N. KASTAN |
| 5 | | JESSICA J. ROSS |
| | | **DKM LAW GROUP, LLP** |
| 6 | | 50 California St., Ste. 1500 |
| | | San Francisco, CA 94111 |
| 7 | | Attorneys for Defendant |
| | | GARRISON PROPERTY AND CASUALTY |
| 8 | | INSURANCE COMPANY |
| 9 | | |
| 10 | Dated: March 14, 2024 | **MANNION LOWE & OKSENENDLER** |
| 11 | | |
| 12 | | By: /s/Demian I. Oksenendler* |
| | | Demian I. Oksenendler |
| 13 | | demian@mlolawyers.com |
| | | MANNION LOWE & OKSENENDLER |
| 14 | | 601 Montgomery Street, Suite 1090 |
| | | San Francisco, CA 94111 |
| 15 | | Attorneys for Plaintiff |
| | | JAMES KINCHELOE |
| 16 | | |
| 17 | | *Signed with permission |
| 18 | // | |
| 19 | // | |
| 20 | // | |
| 21 | // | |
| 22 | // | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | // | |
| 28 | // | |

-5-

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the Scheduling Order as set on December 15, 2023 (Dkt. 30) is hereby modified as follows:

| | |
|---|---|
| Fact Discovery Cutoff | July 15, 2024 |
| Initial Expert Disclosure and Reports | August 5, 2024 |
| Rebuttal Expert Disclosure and Reports | August 26, 2024 |
| Expert Discovery Cutoff | September 10, 2024 |
| Deadline for Dispositive/*Daubert* Motions | September 16, 2024 |
| Deadline for Opposition to Dispositive/*Daubert* Motions | September 30, 2024 |
| Deadline for Reply in support of Dispositive/*Daubert* Motions | October 7, 2024 |
| Deadline for Reply in support of Dispositive Cross-Motion, if necessary | October 14, 2024 |
| Hearing on Dispositive Motions | October 31, 2024 ~~October 28, 2024~~ |
| Joint Pre-Trial Conference Statement Due | March 3, 2025 |
| Pre-Trial Conference | March 13, 2025 ~~March 10, 2025~~ |
| Trial | April 29, 2025 ~~April 28, 2025~~ |

ORDERED and dated this  15th  day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE
ARACELI MARTÍNEZ-OLGUÍN